## IN THE CIRCUIT COURT FOR WASHINGTON COUNTY, MARYLAND

Dennis W. Milburn                                    *
Connie L. Milburn
20027 Lappans Road                                   *
Boonsboro, Maryland 21713
To his use & to the use of St. Paul                  *
Travelers Insurance Group, Use- Plaintiff
        Planitiffs                                   *

        Plaintiffs

                vs.                                  *     CIVIL ACTION NO.
                                                          21-C-09-32966-OT
United Rentals Aerial Equipment                      *
20 South Charles Street
Suite 1200                                           *
Baltimore, Maryland 21201
                                                     *

        Defendant
                                                     *

Serve:
CSC-Lawyers Incorporating Service Co.                *
7 St. Paul Street, Suite 1660
Baltimore, Maryland 21202                            *
(Resident Agent)
                                                     *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### COMPLAINT AND REQUEST FOR JURY TRIAL

The Plaintiffs, Dennis Milburn and Connie Milburn, by and through counsel,

L. William Proctor, Jr., Esquire, and Myers & Proctor, P.A. hereby sues the Defendants

and as reasons therefor states:

### COUNT ONE – NEGLIGENCE
### CASE 1

1.      On or about November 22, 2005, the Plaintiff was caused to sustain

serious, painful and permanent injuries about his right wrist, arm and shoulder,

suffered shock and injury to his nervous system, be disabled and require medical care

and treatment when a skyjack lift, model SJ III 3226 malfunctioned, causing a

displaced fracture to the right wrist and injury to the right arm and right shoulder.

Law Offices of
MYERS
&
PROCTOR, P.A.
P.O. Box 1007
20 W. Washington St.
Suite 300
Hagerstown, MD 21741
(301) 797-2611
(301) 745-3330
FAX (301) 797-2649
e-mail:
lawman@fred.net

2009 JAN 22 P 2: 52

DENNIS J. WEAVER, CLERK

BY

2.      The Plaintiff was employed by National Fire Protection as a foreman and was engaged in installing sprinkler systems at the site of the Chevy Chase Bank located at Laurel, Maryland.

3.      On that date, he was using a rental lift to work on the installation of a sprinkler system.  The skyjack lift had been leased by the Defendant, United Rentals Aerial Equipment to Plaintiff's employer for use on that site.  While raising the lift to perform his duties near the ceiling area Mr. Milburn pushed the control handle (joystick) to operate the lift.  As Mr. Milburn approached the top of the ceiling area he attempted to stop the lift from raising but was unable to do so.  The lift, joy stick malfunctioned sticking in the on position causing the lift to pin Mr. Milburn's right wrist, arm between a ceiling beam and the joy stick/control lever.  The Defendant, United Rentals Aerial Equipment and their agents, servants and employees were negligent in that they leased a defective skyjack lift to the Plaintiff's employer and failed to provide proper instruction with regard to the safe operation of such equipment.  The industry standards require that lifts of this nature have safety features, including but not limited to a safety switch/control device to disengage and/or stop the lift in case of an emergency of this nature.

4.      So that all of the Plaintiff's injuries, losses and damages were as a result of the negligence of the Defendant, United Rentals Aerial Equipment and their agents, servants, and employees for failing to properly maintain, inspect and provide adequate warnings with regard to the operation of this skyjack lift to the Plaintiff and others expected to use the lift.

5.      The Plaintiff, Dennis Milburn, neither caused nor contributed to his injuries.

6.      The Use-Plaintiff, St. Paul Travelers Insurance Group has paid Worker's Compensation benefits to or on behalf of the Plaintiff and therefore have a statutory lien against his claim and they seek reimbursement of the same.

WHEREFORE, Plaintiffs, Dennis Milburn and Connie Milburn respectfully demands judgement against Defendant, United Rentals Aerial Equipment in the amount of Three Hundred and Fifty Thousand Dollars ($ 350,000.00) for personal

injury damages plus interest, the costs of this action and such further relief as this Honorable Court deems proper.

## CASE 2

The Plaintiffs Dennis W. Milburn and Connie L. Milburn, jointly, by the same attorneys use the Defendant and says:

7.     The Plaintiffs lost and will lose the services the Plaintiff Dennis W. Milburn could have provided and their marriage was otherwise injured and damaged as a result of the negligence of the Defendant as more particularly described above, all without any negligence on their part contributing.

WHEREFORE, they claim Two Hundred Fifty Thousand Dollars ($ 250,000.00).

## COUNT TWO – BREACH OF WARRANTY
### CASE 1

The Plaintiff adopts and re-alleges those facts set forth above as if set forth more fully herein.

8.     The Defendant United Rentals Aerial Equipment warranted to the Plaintiff and his employer that this skyjack lift was in good and merchantable condition. There were express warranties, as well as the implied warranties of fitness for a particular purpose and merchantability which applied to the lease of the lift to the Plaintiff's employer.  The lift was defective in its maintenance, manufacture, and use by the Defendant United Rental Aerial Equipment and therefore the Defendant United Rental Aerial Equipment breached these warranties, all of which were the sole proximate cause of the Plaintiff's injuries, as more particularly described above.

WHEREFORE, the Plaintiff claims Three Hundred Fifty Thousand Dollars ($ 350,000.00).

### CASE 2

The Plaintiffs jointly and by the same attorneys sue the Defendant for its breach of warranty and says:

9.     The Plaintiffs lost and will lose the services the Plaintiff Dennis W. Milburn could have provided and their marriage was otherwise injured and damaged

as a result of the breach of warranty by this Defendant as more particularly described above, all without any negligence on their part contributing.

WHEREFORE, they claim Two Hundred Fifty Thousand Dollars ($ 250,000.00).

Respectfully submitted,

Myers & Proctor, P.A.

*L. Wm. Proctor Jr.*

L. William Proctor, Jr.
P.O. Box 1007
Hagerstown, MD 21741-1007
(301) 745-3330
Attorney for Plaintiffs